# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

VS

**PAUL D. CARDWELL**
**DEFENDANT**

**Case No.** 12CR81-02-F   **Date** 3/27/2012
**Time** 3:42 - 4:15 PM
☑ **Indictment**   ☐ **Information**
☐ **Complaint**   ☐ **Other**

☑ IA   ☑ ARR   ☑ Det
☐ Prelim   ☐ Rule 5

**Offense** 18 USC 1349 - Conspiracy to Commit Mail and Wire Fraud (15 Count Indictment)

**Before the Honorable,** Scott W. Skavdahl

| Tiffany Dyer | Jamie Hendrich | Karen Bila | Lisa Leschuck | |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** _____

**Appeared:**   ☑ Voluntarily   ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing   Robert Horn
☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date 3/27/2012   (Comments) _____

**Arraignment:**   Held 3/27/2012   Set For _____   Waived _____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s) 1,2, 3-14, 15   of an   Indictment
☐ Guilty to count(s) _____   of an   _____

**Not Guilty Plea**
☑ Court orders discovery per rule 16 FRCrP
☑ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in 20 days or On / Before
☑ Trial date set for 6/4/2012 at 8:30 am
   In Cheyenne, WY
☑ Speedy trial expires on 6/5/2012

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____ In _____
☐ Plea conditionally accepted

**Other:** _____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:   **Held** 3/27/2012   **Set For** _____   **Waived** _____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☑ Set at $50,000.00   ☐ Cash   ☐ Surety   ☑ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☐ 3rd party custody of _____
☑ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☑ Do not obtain passport
☑ Surrender passport to Clerk of Court

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to Indiana and Wyoming
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with _____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**   **Held** _____   **Set For** _____   **Waived** _____
Witnesses   _____

Outcome:   ☐ Bound over to District Court   ☐ Dismissed

**Removal Hearing:**   **Held** _____   **Set For** _____   **Waived** _____

**Identity Hearing:**   **Held** _____   **Set For** _____   **Waived** _____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer   Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court