# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,
                    Plaintiff(s),             **NOTICE**

vs.

PAUL D CARDWELL,                 Case Number: 12CR81-02-F
            Defendant(s).        Interpreter Needed: No

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom No. 1 | Nancy D. Freudenthal, Chief, United States District Judge |
| | DATE AND TIME<br>June 4, 2012 at 8:30 am |

TYPE OF PROCEEDING

**<u>Jury Trial</u>**

STEPHAN HARRIS
Clerk of Court

March 28, 2012                        Tiffany Dyer
Date                                  Deputy Clerk

TO:
Lisa Leschuck                         US Probation
Robert Horn                           Defendant through Counsel
US Marshal