IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number 12-CR-00081-02F |
| ) | |
| PAUL D. CARDWELL ) | |

PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW, Phil Caldwell, Probation/Pretrial Services Officer, presenting an official report upon the conduct of defendant, Paul D. Cardwell, who was placed under pretrial release supervision by the Honorable Scott W. Skavdahl, United States District Judge, sitting in the court at Cheyenne, Wyoming, on March 27, 2012. Among the conditions of bail were the terms as follows:

> The defendant shall surrender his passport, and he shall not apply for or obtain another passport while this case is pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. That on or about June 25, 2012, the defendant applied for a U.S. Passport Book using the name of Paul D. Sappington.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

Respectfully,

_____Phil Caldwell_____
Phil Caldwell
Senior U.S. Probation Officer
Place: Cheyenne, Wyoming
Date: August 29, 2012

Approved:

_____
Paul E. Ricketts
Supervising U.S. Probation Officer

### ORDER OF COURT

Considered and ordered this 29 day of August 2012, and ordered filed and made a part of the records in the above case.

_____
Nancy D. Freudenthal
Chief U.S. District Court Judge