COPY

U.S. [illegible]
DIS[illegible]

2012 AUG 29 PM 4 17

STEP[illegible] CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

PAUL D. CARDWELL

**WARRANT FOR ARREST**

CASE NUMBER: 12-CR-0081-02F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Paul D. Cardwell</u>
and bring him or her forthwith to the nearest magistrate to **show cause why his bond should not be revoked.**

<u>Stephan Harris</u>
Name of Issuing Officer

<u>Clerk of Court</u>
Title of Issuing Officer

_____
Signature of Issuing Officer

<u>August 29, 2012, Cheyenne</u>
Date and Location

[signature]
By Deputy Clerk

Bail fixed at $ <u>Detain</u>

By: <u>Nancy D. Freudenthal</u>

<u>United States District Judge</u>

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |