# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**

Date: 10/15/12                                              Case No.: 12-CR-81-2F

Time: 12:59 p.m. - 1:12 p.m.                   Interpreter: none
                                                Int. Phone: 

UNITED STATES OF AMERICA               VS    PAUL CARDWELL

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Leah Schwartz/Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| none | none |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Government: Lisa Leschuck (via telephone)

Attorney(s) for Defendant(s): Bob Horn (via telephone), Bob York (via telephone)

Other