**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

RECEIVED

JUL 01 2013

CLERK, U.S.D.C.
General Counsel **CHEYENNE WYOMING**
415.522.2000

June 27, 2013

Office of the Clerk
U.S. District Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001-3658

12-CR-81-F

| | |
|---|---|
| Case Name: | US-v-Paul D. Cardwell |
| Case Number: | 12-CR-81-F (our number 3:13-70710 LB) |
| Charges: | 13:1349 - Conspiracy to Commit Mail and Wire Fraud; |
| | 18:1956(h) - Conspiracy to Commit Money Laundering; |
| | 18:1341 - Mail Fraud; |
| | 18:1343 - Wire Fraud |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Laurel Beeler.  The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant
        to your district forthwith.
()      The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
certified copy of Docket Sheet

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

/s/ M. Jenkins

by:  Mark Jenkins
Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

**Date:** _____

**CLERK, U.S. DISTRICT COURT**

**By** _____
             **Deputy Clerk**

# U.S. District Court
## California Northern District (San Francisco) All Defendants
## CRIMINAL DOCKET FOR CASE #: 3:13-mj-70710-MAG All Defendants
### Internal Use Only

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 JUL  1  PM 12 55

STEPHAN HARRIS, CLERK
CHEYENNE

Case title: USA v. Cardwell

Other court case number: 12-CR-81 02F District of Wyoming

Date Filed: 06/27/2013

Date Terminated: 06/27/2013

Assigned to: Magistrate Judge

## Defendant (1)

**Paul D. Cardwell**
*TERMINATED: 06/27/2013*

represented by **Brandon Michael LeBlanc**
Federal Public Defender
Northern District of California
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
415-436-7700
Fax: 415-436-7706
Email: brandon_leblanc@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By
Deputy Clerk
Date 6-27-13
MARK J. JENKINS

## Pending Counts

None

## Disposition

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

### Disposition

18:3148 Violation of pretrial release

## Plaintiff

**USA**                                represented by **Patricia Jean Kenney**
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102
415-436-6857
Fax: 415.436.6847
Email: patricia.kenney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2013 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Paul D. Cardwell (1). (lskS, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013) |
| 06/27/2013 | | CASE DESIGNATED for Electronic Filing. (lskS, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013) |
| 06/27/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Initial Appearance as to Paul D. Cardwell held on 6/27/2013; Added attorney Brandon Michael LeBlanc (provisional) for Paul D. Cardwell. While in custody the defendant is to be provided with his medication, Lexipro to be taken daily. Defendant admits to being the person charged in the District of Wyoming. Defendant waived the identity/removal hearing. AUSA proffer. Defense proffer. (Recording #FTR 9:47-9:54; 1:07-1:16.) (mjj2S, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013) |
| 06/27/2013 | 3 | **COMMITMENT TO ANOTHER DISTRICT as to Paul D. Cardwell. Defendant committed to District of Wyoming. Defendant will retain an attorney (has attorney already in underlying case). Signed by Judge Magistrate Judge Laurel Beeler on 6/27/2013. (cc: USMS) (mjj2S, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013)** |
|  | |  |

| 06/27/2013 | 4 | Letter to the District of Wyoming re Commitment to Another District as to Paul D. Cardwell (mjj2S, COURT STAFF) (Filed on 6/27/2013) (Entered: 06/27/2013) |

DOCUMENTS UNDER SEAL ☐ | Clear Form

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Lashanda Scott | REPORTER/FTR 9:47-9:54; 1:07-1:16 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Laurel Beeler | DATE June 27, 2013 | NEW CASE ☐ | CASE NUMBER 3-13-70710 LB | |

FILED

## APPEARANCES

| DEFENDANT Paul D. Cardwell | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Brandon LeBlanc (provisional) | PD. ☐ RET. ☐ APPT'D ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Patricia Kenney | INTERPRETER N/A | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allen Lew | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT $ OF CJA FEES ☐ | |

DISTRICT OF WYOMING

2013 JUL 1 PM 12 55

STEPHAN HARRIS, CLERK
CHEYENNE

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 16 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Wyoming

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

While in custody the defendant is to be provided with his medication, Lexipro to be taken daily. Defendant admits to being the person charged in the District of Wyoming. Defendant waived the identity/removal hearing. AUSA proffer. Defense proffer.
cc: LB

DOCUMENT NUMBER:

AO 94 (Rev. 01/09) Commitment to Another District

**FILED**

# UNITED STATES DISTRICT COURT

for the

Northern District of California

U.S. DISTRICT COURT **JUN 27 2013**

DISTRICT OF WYOMING

**RICHARD W. WIEKING**
CLERK U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:13-70710 LB |
| | ) | |
| PAUL D. CARDWELL | ) | Charging District's |
| *Defendant* | ) | Case No.   District of Wyoming |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____ Wyoming _____ .

The defendant may need an interpreter for this language: _____ none _____ .

The defendant:   ☒ will retain an attorney. *(has attorney already is adulyss cax)*

   ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   _____ June 27, 2013 _____

_____
*Judge's signature*

_____ LAUREL BEELER, US MAGISTRATE JUDGE _____
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
   RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

B:_____
         puty Cle...
Date  6 -27-13
         MARK J. JENKINS

ORIGINAL

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUL 1  PM 12 55

STEPHAN HARRIS, CLERK
CHEYENNE

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY  (CABN 130238)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  415.436.6857
7       Facsimile:  415.436.7234
        Email:      patricia.kenney@usdoj.gov
8
   Attorneys for the United States
9
                 UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12                                        3  13  7 0 7 10

13 UNITED STATES OF AMERICA,      )    CRIMINAL NO.                  LB
                                  )
14      Plaintiff,                )
                                  )
15      v.                        )    NOTICE OF PROCEEDINGS ON
                                  )    OUT-OF-DISTRICT CRIMINAL
16 PAUL D. CARDWELL,              )    CHARGES PURSUANT TO RULES
                                  )    5(c)(2) AND (3) OF THE FEDERAL RULES
17      Defendant.                )    OF CRIMINAL PROCEDURE
                                  )
18 _____ )

19

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21 Procedure that the above-named defendant was arrested based upon an arrest warrant (copy

22 attached) issued based on a petition charging Paul D. Cardwell with violating the terms of his

23 pretrial release by obtaining a United States passport under the name of Paul D. Sappington

24 (copy attached).  At the time, Paul D. Cardwell had been charged in the District of Wyoming in

25 ///

26 ///

27 ///

28 ///

a 15 count indictment with conspiracy to commit mail and wire fraud, conspiracy to commit

money laundering, mail fraud and wire fraud (copy attached).

Respectfully Submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

Date: June 27, 2013

PATRICIA J. KENNEY
Assistant United States Attorney

-2-

**EXHIBIT A**



U.S. ...
... 
2012 AUG 29  PM 4 17
STER... ... ... CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

PAUL D. CARDWELL

### WARRANT FOR ARREST

CASE NUMBER: 12-CR-0081-02F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Paul D. Cardwell
and bring him or her forthwith to the nearest magistrate to **show cause why his bond
should not be revoked.**

Stephan Harris
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

By Deputy Clerk

August 29, 2012, Cheyenne
Date and Location

Bail fixed at $ Detain

By: Nancy D. Freudenthal

United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| PAUL D. CARDWELL | ) |

Docket Number 12-CR-00081-02F

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW, Phil Caldwell, Probation/Pretrial Services Officer, presenting an official report upon the conduct of defendant, Paul D. Cardwell, who was placed under pretrial release supervision by the Honorable Scott W. Skavdahl, United States District Judge, sitting in the court at Cheyenne, Wyoming, on March 27, 2012. Among the conditions of bail were the terms as follows:

> The defendant shall surrender his passport, and he shall not apply for or obtain another passport while this case is pending.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.   That on or about June 25, 2012, the defendant applied for a U.S. Passport Book using the name of Paul D. Sappington.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

Respectfully,

*Phil Caldwell*

Phil Caldwell
Senior U.S. Probation Officer
Place: Cheyenne, Wyoming
Date: August 29, 2012

Approved:

Paul E. Ricketts
Supervising U.S. Probation Officer

## ORDER OF COURT

Considered and ordered this 29 day of
August 2012, and ordered filed and made a
part of the records in the above case.

Nancy D. Freudenthal
Chief U.S. District Court Judge

**EXHIBIT B**

F....'.
U.S. ...ST  I  .   ..RT
DIS  ....  .. ... .. ....

2012 MAR 15  PM 5 58

IN THE UNITED STATES DISTRICT COURT .... ....., .. ... ...
CA.. .ER

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12Cr-81-F |
| | ) | |
| Plaintiff, | ) | Ct. 1:   18 U.S.C. § 1349 |
| | ) | (Conspiracy to Commit Mail |
| v | ) | and Wire Fraud) |
| | ) | |
| MICHAEL J. PLAKE, d/b/a/ Plake | ) | Ct. 2:   18 U.S.C. § 1956(h) |
| and Associates, | ) | (Conspiracy to Commit |
| | ) | Money Laundering) |
| and | ) | |
| | ) | Cts. 3-14:   18 U.S.C. § 1341 |
| PAUL D. CARDWELL, | ) | (Mail Fraud) |
| | ) | |
| Defendants. | ) | Ct. 15:   U.S.C. § 1343 |
| | ) | (Wire Fraud) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

ALLEGATIONS COMMON TO ALL COUNTS:

1.      Beginning on or about March 2011 and continuing through and including September

2011, the Defendants MICHAEL J. PLAKE, d/b/a/ Plake and Associates (hereinafter PLAKE)

and PAUL D. CARDWELL (hereinafter CARDWELL) obtained $847,884.00 from Powell Valley

Healthcare, Inc. (hereinafter PVHC), Powell, Wyoming, through a fraudulent billing scheme

involving an entity known as "Plake and Associates."

2.      At all times material to this Indictment, Defendant CARDWELL was the Chief

Executive Officer (CEO) at PVHC in Powell, Wyoming.

3.     At all times material to this Indictment, Defendant **PLAKE** was the Director of

Religous Education, Youth Minister, St. Thomas Aquinas Center, The Catholic Center at Purdue

University, Lafayette, Indiana.

4.     At all times material to this Indictment, "Plake and Associates" was represented to

be a health care recruiting firm retained through Defendant **CARDWELL** to place various medical

personnel for PVHC.

5.     At all times material to this Indictment, Defendant **PLAKE** was the sole proprietor

of Plake and Associates, which entity conducted no recruiting for PVHC, and which entity had its

only physical location at Defendant **PLAKE's** personal residence in West Lafayette, Indiana.

6.     At all times material to this Indictment, PVHC was a regional health care facility

serving northwestern Wyoming and located in Powell, Wyoming.

### COUNT ONE
### (Conspiracy to Commit Mail and Wire Fraud)

Beginning on or about March 2011, and continuing through and including September 2011,

in the District of Wyoming and elsewhere, the Defendants, **PAUL D. CARDWELL** and

**MICHAEL J. PLAKE**, did knowingly, intentionally and unlawfully combine, conspire, confederate

and agree with one another to commit mail fraud and wire fraud, by devising and executing a scheme

and artifice to defraud, and to obtain money by means of false and fraudulent pretenses,

representations and promises, from Powell Valley Healthcare, Inc., Powell, Wyoming, which scheme

2

was furthered by the use of the mails (as well as a commercial interstate carrier), and wire communications, in violation of 18 U.S.C. §§ 1341 and 1343.

## MANNER AND MEANS

1.      It was part of the conspiracy that in March 2011, Defendant CARDWELL contacted PVHC's Director of Recruiting (M.G.) to inform M.G. that CARDWELL, as CEO, would be handling all physician recruitment at PVHC.

2.      It was further a part of the conspiracy to commit mail fraud and wire fraud that Defendant CARDWELL contacted PLAKE to obtain Plake and Associates' taxpayer identification number, as well as an address for that entity.

3.      It was further a part of the conspiracy to commit mail fraud and wire fraud that Defendant CARDWELL began instructing PVHC personnel to send checks via Federal Express (FedEx) to Plake and Associates at PLAKE's personal residence in West Lafayette, Indiana.

4.      It was further a part of the conspiracy to commit mail fraud and wire fraud that Defendant PLAKE deposited all of the Plake and Associates checks from PVHC into the Plake and Associates checking account at Purdue Employees Federal Credit Union in Lafayette, Indiana.

5.      It was further a part of the conspiracy to commit mail fraud and wire fraud that PLAKE paid CARDWELL approximately 75% of the monies sent to Plake and Associates by PVHC.

3

6.    It was further a part of the conspiracy to commit mail fraud and wire fraud that PLAKE retained 25% of the proceeds from PVHC, knowing that Plake and Associates never conducted any physician or medical personnel recruiting for PVHC.

7.    It was further a part of the conspiracy to commit mail fraud and wire fraud that after PVHC auditors began questioning the payments made to Plake and Associates, Defendants CARDWELL and PLAKE fabricated "recruiting agreements" and "invoices" to create the illusion that the contracts and invoices had been previously provided to PVHC for the payments totaling $847,884.00.

All in violation of 18 U.S.C. § 1349.

## COUNT TWO
### (Conspiracy to Commit Money Laundering)

Beginning on or about April 2011, and continuing through and including September 2011, in the District of Wyoming and elsewhere, the Defendants, **PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other to engage in monetary transactions affecting interstate commerce in criminally derived property of a value greater than $10,000.00, as described in the "Manner and Means" portion of Count One of this Indictment, that is, **MICHAEL J. PLAKE** returned approximately $706,000.00 to **PAUL D. CARDWELL** which were proceeds from recruiting fees paid by PVHC to Plake and Associates for which recruiting never occurred, in violation of 18 U.S.C. § 1957.

4

## MANNER AND MEANS

1.     It was part of the conspiracy to launder money that Defendants CARDWELL and PLAKE agreed that PLAKE would return to CARDWELL 75% of the funds received from PVHC.

2.     It was further a part of the conspiracy to launder money that Defendant PLAKE sent a total of seven checks, drawn on the Plake and Associates checking account at Purdue Employees Federal Credit Union, to CARDWELL, and each check was in an amount exceeding $10,000.00.

3.     It was further a part of the conspiracy to launder money that Defendant PLAKE sent a total of four overseas wire transfers for the benefit of CARDWELL, and each wire transfer was in an amount exceeding $10,000.00.

4.     It was further a part of the conspiracy to launder money that Defendant PLAKE, after receipt of his portion of the PVHC proceeds, sent an overseas wire transfer for his own benefit, which wire transfer was in an amount exceeding $10,000.00.

All in violation of 18 U.S.C. § 1956(h).

### COUNT THREE
(Mail Fraud)

On or about April 7, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in the "Manner and Means"

5

portion in Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #122761, payable to "Plake and Associates LLC", in the amount of $57,200.00, and sent via Federal Express, a commercial interstate carrier, which funds were subsequently converted to Defendants **PAUL D. CARDWELL**'s and **MICHAEL J. PLAKE**'s personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT FOUR
### (Mail Fraud)

On or about May 11, 2011, in the District of Wyoming and elsewhere, the Defendants **PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portion of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #123510, payable to "Plake and Associates LLC", in the amount of $72,643.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416874529, which funds were subsequently converted to Defendants **PAUL D. CARDWELL**'s and **MICHAEL J. PLAKE**'s personal use and benefit.

In violation of 18 U.S.C. § 1341.

6

## COUNT FIVE
### (Mail Fraud)

On or about June 16, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL

D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to

execute a scheme and artifice to defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations, and promises, as described in "The Manner and Means"

portion of Counts One and Two of this Indictment, did knowingly cause to be placed in an

authorized depository for mail matter, according to the directions thereon, a Powell Valley

Healthcare, Inc. check #124349, payable to "Plake and Associates LLC", in the amount of

$30,254.00, and sent via Federal Express, a commercial interstate carrier, which funds were

subsequently converted to Defendants PAUL D. CARDWELL's and MICHAEL J. PLAKE's

personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT SIX
### (Mail Fraud)

On or about June 23, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL

D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to

execute a scheme and artifice to defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations, and promises, as described in the "Manner and Means"

portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an

7

authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #124522, payable to "Plake and Associates LLC", in the amount of $33,500.00, and sent via Federal Express, a commercial interstate carrier, which funds were subsequently converted to Defendants **PAUL D. CARDWELL's** and **MICHAEL J. PLAKE's** personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT SEVEN
### (Mail Fraud)

On or about June 30, 2011, in the District of Wyoming and elsewhere, the Defendants **PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #124588, payable to "Plake and Associates LLC", in the amount of $96,150.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416874893, which funds were subsequently converted to Defendants **PAUL D. CARDWELL's** and **MICHAEL J. PLAKE's** personal use and benefit.

In violation of 18 U.S.C. § 1341.

8

## COUNT EIGHT
(Mail Fraud)

On or about July 15, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL

D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to

execute a scheme and artifice to defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations, and promises, as described in "The Manner and Means"

portion of Counts One and Two of this Indictment, did knowingly cause to be placed in an

authorized depository for mail matter, according to the directions thereon, a Powell Valley

Healthcare, Inc. check #124946, payable to "Plake and Associates LLC", in the amount of $

90,675.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875021,

which funds were subsequently converted to Defendants PAUL D. CARDWELL's and MICHAEL

J. PLAKE's personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT NINE
(Mail Fraud)

On or about July 20, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL

D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to

execute a scheme and artifice to defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations, and promises, as described in "The Manner and Means"

portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an

authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #124991, payable to "Plake and Associates LLC", in the amount of $57,500.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875065, which funds were subsequently converted to Defendants PAUL D. CARDWELL's and MICHAEL J. PLAKE's personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT TEN
### (Mail Fraud)

On or about July 28, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #125186, payable to "Plake and Associates LLC", in the amount of $72,825.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875168, which funds were subsequently converted to Defendants PAUL D. CARDWELL's and MICHAEL J. PLAKE's personal use and benefit.

In violation of 18 U.S.C. § 1341.

10

## COUNT ELEVEN
(Mail Fraud)

On or about August 17, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #125547, payable to "Plake and Associates LLC", in the amount of $83,185.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875330, which funds were subsequently converted to Defendants PAUL D. CARDWELL's and MICHAEL J. PLAKE's personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT TWELVE
(Mail Fraud)

On or about September 8, 2011, in the District of Wyoming and elsewhere, the Defendants PAUL D. CARDWELL and MICHAEL J. PLAKE, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley

11

Healthcare, Inc. check #126245, payable to "Plake and Associates LLC", in the amount of $79,425.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875525, which funds were subsequently converted to Defendants **PAUL D. CARDWELL**'s and **MICHAEL J. PLAKE**'s personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT THIRTEEN
(Mail Fraud)

On or about September 13, 2011, in the District of Wyoming and elsewhere, the Defendants **PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described in "The Manner and Means" portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an authorized depository for mail matter, according to the directions thereon, a Powell Valley Healthcare, Inc. check #126293, payable to "Plake and Associates LLC", in the amount of $83,889.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875536, which funds were subsequently converted to Defendants **PAUL D. CARDWELL**'s and **MICHAEL J. PLAKE**'s personal use and benefit.

In violation of 18 U.S.C. § 1341.

12

## COUNT FOURTEEN
(Mail Fraud)

On or about September 20, 2011, in the District of Wyoming and elsewhere, the Defendants

**PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, for the purpose of executing and attempting

to execute a scheme and artifice to defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations, and promises, as described in "The Manner and Means"

portions of Counts One and Two of this Indictment, did knowingly cause to be placed in an

authorized depository for mail matter, according to the directions thereon, a Powell Valley

Healthcare, Inc. check #126434, payable to "Plake and Associates LLC", in the amount of

$90,638.00, and sent via Federal Express, a commercial interstate carrier, tracking #488416875606,

which funds were subsequently converted to Defendants **PAUL D. CARDWELL**'s and **MICHAEL**

**J. PLAKE**'s personal use and benefit.

In violation of 18 U.S.C. § 1341.

## COUNT FIFTEEN
(Wire Fraud)

On or about September 25, 2011, in the District of Wyoming and elsewhere, the Defendants,

**PAUL D. CARDWELL** and **MICHAEL J. PLAKE**, for the purpose of executing and attempting

to execute a scheme and artifice to defraud, and for obtaining money by means of false and

fraudulent pretenses, representations and promises, as described in the "Manner and Means" portions

of Counts One and Two of this Indictment, did knowingly cause to be transmitted by means of wire

communication, in interstate commerce, between Indiana and Wyoming, certain signs, signals, and

13

sounds, that is, an electronic wire communication (an email) which included  invoices and alleged

contracts between Plake and Associates and Powell Valley Healthcare, Inc.

In violation of 18 U.S.C. § 1343.

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_CHRISTOPHER A. CROFTS_
United States Attorney

14

## PENALTY SUMMARY

**DEFENDANT NAME:**   PAUL D. CARDWELL

**DATE:**   March 13, 2012

**INTERPRETER NEEDED:**   \_\_\_\_\_ Yes     ✓ No

**VICTIM:**   ✓ Yes     \_\_\_\_\_ No

**SEAL CASE:**   \_\_\_\_\_ Yes     ✓ No

**OFFENSE:   Ct. 1:**   18 U.S.C. § 1349
(Conspiracy to Commit Mail and Wire Fraud)

**PENALTIES:**   20 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:   Ct. 2 :**   18 U.S.C. § 1956(h)
(Conspiracy to Commit Money Laundering)

**PENALTIES:**   10 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:   Cts. 3-14:**   18 U.S.C. § 1341
(Mail Fraud)

**PENALTIES:**   20 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:   Ct. 15:**   18 U.S.C. § 1343
(Wire Fraud)

**PENALTIES:**   20 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

PENALTY SUMMARY - PAUL D. CARDWELL
PAGE 2

TOTAL:    290 YEARS IMPRISONMENT
          $3,750,000 FINE
          3 YEARS SUPERVISED RELEASE
          $1,500 SPECIAL ASSESSMENT

AGENT:   Norm Scott/FBI        AUSA:   Lisa E. Leschuck
         Chris Lucas/USPS

ESTIMATED TIME OF TRIAL: __✓__ 1-5 days _____ more than 5 days

THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:

                    __✓__ Yes        ___ No
          The court should not grant bond because the
          Defendant is not bondable because there are
          detainers from other jurisdictions:

                    ____ Yes        _____ No