**ORIGINAL**

RECEIVED
U.S. MARSHALS SERVICE

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

'12 AUG 29 PM 4:23

CHEYENNE, WY

2013 JUL 1 PM 2 16

STEPHAN HARRIS, CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| PAUL D. CARDWELL | CASE NUMBER: 12-CR-0081-02F |

**To:**
The United States Marshal and any
Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest <u>Paul D. Cardwell</u>
and bring him or her forthwith to the nearest magistrate to **show cause why his bond should not be revoked.**

| | |
|---|---|
| <u>Stephan Harris</u> | <u>Clerk of Court</u> |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| _____ | <u>August 29, 2012, Cheyenne</u> |
| Signature of Issuing Officer | Date and Location |
| *[signature]* | |
| By Deputy Clerk | |
| | |
| Bail fixed at $ <u>Detain</u> | By: <u>Nancy D. Freudenthal</u> |
| | <u>United States District Judge</u> |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at <u>Hua Hin, Thailand</u> | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  6/7/2013 | HSI | *[signature]* for HSI |