FILED



2:02 pm, 7/26/13
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming

United States of America,
                Plaintiff,

**NOTICE**

vs.

Paul D. Cardwell,                      Case Number: 12-CR-81-F-2
                Defendant.

TYPE OF CASE:

**Criminal**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>Chief United States District Judge |
| | DATE AND TIME<br>July 29, 2013 at 3:30 p.m. |

TYPE OF PROCEEDING

**Initial Appearance**
**on Motion to Revoke Pretrial Release**

                                            STEPHAN HARRIS
                                            Clerk of Court

July 26, 2013                                Kellie Erickson
Date                                              Deputy Clerk

TO:
Defendant (through counsel)        USMS
Defense Counsel                     USPO
US Attorney's Office                Court Reporter