## UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 12-CR-81-2F    Date 7/29/13 |
| VS | Time 3:34 pm - 4:08 pm |
| PAUL D. CARDWELL | ☐ Indictment   ☐ Information |
| DEFENDANT | ☐ Complaint   ☑ Other |
| | IA on Petition to revoke pre-trial release |
| | Offense _____ |
| Before the Honorable, Nancy D. Freudenthal | Recorded _____ ☐ Disk NO. _____ |

| Abby Logan | Jan Davis | Tom Fitzgerald | Lisa Leschuck | Ross Mueske |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER   none

Appeared   ☐ Voluntarily
           ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing   defendant informs the Court that he has retained counsel but is unsure if that representation will continue asks that this matter be deferred and such is granted

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

1. Initial appearance   Date 7/29/13   (Comments) _____

   **BOND IS**   ☑ Defendant is detained
                ☐ Set at $_____   ☐ Cash or Surety   ☐ Unsecured
                ☐ Continued on the same terms and conditions
                ☑ Detention and/or Preliminary hearing set for   Prelim/Final Hearing set for 8/9/13 at 1:30 p.m.

☐ Obey all laws, Federal, State and Local            ☐ Maintain current residence
☐ Seek/Maintain employment                           ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Abide by the following curfew
☐ Not use or possess alcohol                         ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                          ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                     ☐ Post property or sum of money _____
☐ Do not obtain passport                             ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____
_____
_____

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing       Date _____
☐ Defendant detained -    Reasons
_____
_____
_____

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived        ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer    Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____
_____

2.  Preliminary hearing       Date _____
    Witnesses _____
    _____
    _____

    Outcome
        ☐ Bound over to U.S. District Court    ☐ Dismissed

    ☐ Other _____
    _____
    _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
| --- | --- |
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in _____ days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☐ Trial date set for _____ at _____ | ☐ Sentencing set for _____ at _____ |
| In _____ | In _____ |
| ☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court