

**FILED**

*4:05 pm, 7/29/13*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,
                      Plaintiff,

vs.

PAUL D. CARDWELL,
                      Defendant.

**NOTICE**

Case Number: 12-CR-81-2F

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal,<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>August 9, 2013, 1:30 p.m. |

TYPE OF PROCEEDING

    Preliminary/Final Revocation Hearing on Petition to Revoke Pre-trial release

                              STEPHAN HARRIS
                              Clerk of Court

July 29, 2013                         Abby Logan
Date                                           Deputy Clerk

TO:   U.S. Attorney         Defendant through counsel     U.S. Marshal
       U.S. Probation Office   Defense Counsel                 Court Reporter