IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT OF WYOMING
2013 AUG 2 PM 2 13
STEPHAN HARRIS, CLERK
CHEYENNE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number 12-CR-00081-02F |
| | ) | |
| PAUL D. CARDWELL | ) | |

**AMENDED PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

COMES NOW, Phil Caldwell, Probation/Pretrial Services Officer, presenting an official report upon the conduct of defendant, Paul D. Cardwell, who was placed under pretrial release supervision by the Honorable Scott W. Skavdahl, United States District Judge, sitting in the court at Cheyenne, Wyoming, on March 27, 2012. Among the conditions of bail were the terms as follows:

> The defendant shall surrender his passport, and he shall not apply for or obtain another passport while this case is pending.
>
> The defendant shall report to the U.S. Probation/Pretrial Services Office as directed.
>
> The defendant shall maintain residence with his mother in Tipton, Indiana, and he shall not move from the residence while this case is pending.
>
> The defendant shall not travel outside of the states of Indiana and Wyoming unless he has received prior permission from the U.S. Probation/Pretrial Services Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. That on or about June 25, 2012, the defendant applied for a U.S. Passport Book using the name of Paul D. Sappington.

2. That on or about July 22, 2012, the defendant absconded from supervision, and he was arrested in Thailand on June 7, 2013.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

Respectfully,

*Phil Caldwell*

Phil Caldwell
Senior U.S. Probation Officer
Place: Cheyenne, Wyoming
Date: August 1, 2013

Approved:

*Paul E. Ricketts*

Paul E. Ricketts
Deputy Chief U.S. Probation Officer

### ORDER OF COURT

Considered and ordered this ___1___ day of August 2013, and ordered filed and made a part of the records in the above case.

*Nancy D. Freudenthal*

Nancy D. Freudenthal
Chief US District Court Judge