# CRIMINAL MINUTE SHEET
# MOTION HEARING

☐ This minute sheet also contains a Minute Order
☐ Telephonic

Date: 08/09/13
Case No.: 12-CR-81-2F
Time: 1:35 p.m. - 2:05 p.m.
Interpreter: none
Int. Phone:

UNITED STATES OF AMERICA    VS    PAUL D. CARDWELL

| Judge | Clerk | Reporter | Law Clerk |
|---|---|---|---|
| Nancy D. Freudenthal | Abby Logan | Jan Davis | none |

| Marshal | Probation Officer |
|---|---|
| Robert MacMaster | Tom Fitzgerald |

Attorney(s)
Government: Lisa Leschuck

Defendant(s): James Voyles

| Gov / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Government | 97 | Amended Petition to revoke pretrial release | granted |

Witnesses
Government:
Defendant(s):
Other:

Defendant initialed on the Amended Petition. Defendant waives Preliminary Hearing in this matter. Defendant admits all allegations set forth in the Amended Petition. Bond revoked and defendant shall be detained pending trial in this matter.