FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 AUG 9 PM 2 35

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL D. CARDWELL,<br><br>Defendant. | Case No. 12-CR-81-2F |

## ORDER REVOKING PRETRIAL RELEASE AND COMMITTING DEFENDANT

The above-entitled matter having come before the Court for hearing on August 9, 2013, upon an Amended Petition For Action on conditions of pretrial release entered August 1, 2013; the plaintiff appearing by Lisa Leschuck, Assistant United States Attorney, Cheyenne, Wyoming, and the defendant appearing in person and by James Voyles, of Indianapolis, Indiana; and the Defendant having admitted the violations contained in the Amended Petition and the Court being fully advised in the premises;

THE COURT HEREBY FINDS that the defendant, Paul D. Cardwell, has violated conditions of his Pretrial Release, and that such violations warrant revocation of said Pretrial Release.

NOW, THEREFORE, IT IS ORDERED that the Pretrial Release heretofore granted by the Court on March 27, 2012, be, and the same is hereby revoked;

IT IS FURTHER ORDERED that the defendant, Paul D. Cardwell, be, and he is hereby, committed to the custody of the United States Marshals to be imprisoned pending trial in this matter.

Dated this __9__ day of August, 2013.

_____
Nancy D. Freudenthal,
Chief United States District Judge