FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 SEP 17  AM 9 11
STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 12-CR-81-F |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL D. CARDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER CONTINUING TRIAL

THIS MATTER is before the Court on its own notice that the parties in this case require additional time to finalize plea negotiations and to allow Defendant Cardwell to change his plea.

IT IS ORDERED that trial in this matter set for September 30, 2013 is VACATED and RESET to October 7, 2013. This setting is within Defendant's current Speedy Trial time.

Dated this 17 day of September, 2013.

NANCY D. FREUDENTHAL
U.S. DISTRICT COURT JUDGE