

**FILED**

*12:58 pm, 9/24/13*
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming

United States of America,
               Plaintiff,

vs.

Paul D. Cardwell,
               Defendant.

**NOTICE**

Case Number: 12-CR-81-F

TYPE OF CASE:

**Criminal**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>Chief United States District Judge |
| | DATE AND TIME<br>October 2, 2013 at 10:00 a.m. |

TYPE OF PROCEEDING

**Change of Plea**

               STEPHAN HARRIS
               Clerk of Court

| September 24, 2013 | Kellie Erickson |
|---|---|
| Date | Deputy Clerk |

TO:
Defendant (through counsel)    USMS
Defense Counsel               USPO
US Attorney's Office         Court Reporter