# CRIMINAL MINUTE SHEET
☑ Arraignment / Change of Plea ☑

Date 10/02/13
Time 10:08 am - 11:33 am

Case No. 12-CR-81-F/13-CR-254-F
Interpreter none
Int. Phone

## USA vs. PAUL D. CARDWELL

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Tom Fitzgerald | Stephenson/Feezer |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**
Government: Lisa Leschuck
Defendant: James Voyles
☐ CJA ☐ FPD ☑ RET ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 and 2 (12-CR-81-2F) and 1 (13-CR-254-1F) of an Indictment
☐ Nolo Contendre

### NOT GUILTY PLEA
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or on/before _____
☐ Trial date set for _____ at _____
    In _____
☐ Speedy trial expires on _____
☐ Other

### GUILTY PLEA
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☐ Sentencing set for 12/3/13 at _____
    In Cheyenne before Chief Judge Freudenthal (Crtrm #1)
☐ Plea conditionally accepted
☐ Count(s) _____ to be dismissed at time of sentencing

**BOND IS**  ☑ Defendant is detained
☐ Set at $ _____    ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to _____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with _____
☐ Post property or sum of money _____
☐ Do not obtain passport

_____
_____
_____
_____
_____