**FILED**



*11:22 am, 10/2/13*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,
                Plaintiff,

vs.

PAUL D. CARDWELL,
                Defendant.

**NOTICE**

Case Number: 12-CR-81-2F/13-CR-254-1F

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>Chief United States District Judge |
| | **DATE AND TIME**<br>December 23, 2013 at 2:00 pm |

TYPE OF PROCEEDING

Sentencing

                STEPHAN HARRIS
                Clerk of Court

| October 2, 2013 | Abby Logan |
|---|---|
| Date | Deputy Clerk |

TO:   U.S. Attorney           Defendant through counsel      U.S. Marshal
       U.S. Probation Office   Defense Counsel - James Voyles   Court Reporter