IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 12-CR-00081-02F |
| | ) | |
| PAUL D. CARDWELL | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE TO COURT

Comes now the Defendant, Paul Cardwell, by Counsel James H. Voyles and hereby notifies the Court that he has no objection to moving his sentencing date from December 23, 2013, to January 27, 2014.

Respectfully Submitted,

/s/ James H. Voyles
JAMES H. VOYLES
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Lisa E. Leschuck
United States Attorney's Office
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003

(307) 772-2124

                                      /s/ James H. Voyles  
                                      JAMES H. VOYLES

\

James H. Voyles, Jr., #631-49  
**VOYLES ZAHN & PAUL**  
141 E. Washington Street, Ste. 300  
Indianapolis IN 46204  
(317) 632-4463  
jvoyles@vzplaw.com