

**FILED**
*8:49 am, 10/29/13*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

United States of America,
        Plaintiff,

**NOTICE**

vs.

Paul D. Cardwell,
        Defendant.

Case Number: 12-CR-81-F-2
Interpreter Needed: No

TYPE OF CASE:

**Criminal**

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

| PLACE | BEFORE | |
|---|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>Chief United States District Judge | |
| | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
| | December 23, 2013<br>at 2:00 p.m. | January 27, 2014<br>at 9:00 a.m. |

TYPE OF PROCEEDING

**Sentencing**

        STEPHAN HARRIS
        Clerk of Court

October 29, 2013
Date

Kellie Erickson
Deputy Clerk

TO:
Defendant (through counsel)
Defense Counsel
US Attorney's Office

USMS
USPO
Court Reporter