# United States District Court
## District of Wyoming

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

| | | | |
|---|---|---|---|
| Name of Offender : | Paul D. Cardwell | Case No.: | 12-CR-81-2F/13-CR-254-1F |
| Sentencing Judicial Officer: | Nancy D. Freudenthal | | |
| Date of Original Sentence: | January 27, 2014 | | |
| Original Offense: | Conspiracy to Commit Mail and Wire Fraud (2 counts); Conspiracy to Commit Money Laundering | | |
| Original Sentence: | 121 months incarceration, concurrent on all counts with 3 years supervised release | | |
| Type of Supervision: | Supervised release (Supervised by the Southern District of Indiana) | | |
| Date Supervision Commenced: | October 13, 2017 | | |
| Assistant U.S. Attorney: | Lisa Leschuck | | |
| Defense Attorney: | James Voyles | | |

### Petitioning the Court

☐ To extend the term of supervision    years,    for a total of    years.
☒ To modify the conditions of supervision as follows:

The defendant shall complete 100 hours of community service at a location approved by the probation officer. The defendant shall be responsible for providing the probation officer with written proof of the number of hours completed. All 100 hours shall be completed no later than September 12, 2020.

### Cause

On November 26, 2019, Mr. Cardwell was charged by Anderson City Court in Madison County, IN, with Criminal Mischief in Docket No. 48H02-2001-CM-000129. His Initial Appearance on the matter is scheduled for February 25, 2020. The defendant has admitted to his US Probation Officer to damaging Harrah's Hoosier Park Casino property, thus, violating a local or state or federal law.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Shelby Heatherly            February 18, 2020

Shelby Heatherly            Date
U.S. Probation Officer

Approved by:    /s Mary Hunsicker

Mary Hunsicker
Supervisory U.S. Probation Officer

### THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

Nancy D. Freudenthal            2/21/20
Nancy D. Freudenthal            Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> The defendant shall complete 100 hours of community service at a location approved by the probation officer. The defendant shall be responsible for providing the probation officer with written proof of the number of hours completed. All 100 hours shall be completed no later than September 12, 2020.

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _Paul Cardwell_ (signature)  Date: 2-19-2020
Paul Cardwell
Defendant

Witness: _Billie Galbreath_ (signature)  Date: 2/19/20
Billie Galbreath
U.S. Probation Officer